Case 1:25-mj-00047-ZMF   Document 1-1   Filed

Case: 1:25-mj-00047
Assigned To : Judge Zia M. Faruqui
Assign. Date : 03/20/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

1.      As reported in Metropolitan Police Department ("MPD") Criminal Case Number ("CCN") 25-039-824, on March 19, 2025, MPD Officers McCourt and Burke were on patrol in MPD's Third District, both officers were dressed in full police uniform operating marked, MPD cruiser number "1307."

2.      At approximately 19:44, Officers McCourt and Burke responded to a call for service to the Harrison Recreation Center, located at 1330 V Street, Northwest, based on reports that two individuals were riding a dirt bike in that area. The Harrison Recreation Center is comprised of a building, a playground area, a basketball court, and a baseball field.

3.      Upon arriving at that location, Officers McCourt and Burke observed two men riding a yellow dirt bike exiting the park and coming onto the public sidewalk. Officers McCourt and Burke stopped the men and detained them for Operating a Dirt Bike in a Public Space. The driver of the dirt bike was later identified as RICKY COREY WATKINS, JR ("WATKINS JR.").

4.      WATKINS JR. claimed to have sustained an injury while he was being detained, and requested to be examined by D.C. Fire and Emergency Medical Services ("DCFEMS"). DCFEMS responded, and examined him. WATKINS, JR. was informed that he was under arrest for Operating a Dirt Bike in a Public Space, and was asked whether or not he wanted to go to the hospital. At that point, while he was still detained in handcuffs, WATKINS, JR. stood up and began running on foot. Officers McCourt and Burke immediately gave chase.

5.      Officer McCourt was close behind WATKINS, JR. when they turned southbound, entering the 2000 block of 13th Street, Northwest. While running on that block, Officer McCourt saw WATKINS, JR. reach onto his body and remove a tan in color object that Officer McCourt immediately recognized to be a handgun. Officer McCourt then saw WATKINS, JR. throw the

1

handgun and keep running. Officer McCourt yelled words to the effect of "gun gun gun" and Officer Burke, who was behind Officer McCourt, stopped and stayed with the tan handgun.

6. Officer McCourt continued to give chase and caught up to and detained WATKINS, JR. at the rear of 1326 U Street, Northwest without further incident. WATKINS, JR's approximate flight path (red arrows), the location of his arrest (red circle), and the approximate location of the firearm's recovery (yellow circle) are all shown on the map below.



7. The tan firearm was later determined to be a Glock, Model 19X, 9mm semi-automatic handgun bearing serial number BYFZ501. The Glock 19X was loaded with one round in the chamber and 14 rounds in a 17-round capacity magazine, and fitted with a laser site attachment.



8.    Your Affiant is aware that, at the time of his arrest, WATKINS, JR. had previously been convicted of a crime punishable by more than one year in prison, specifically in D.C. Superior Court Case Number 2012 CF2 007828.

9.    As such, Your Affiant respectfully submits that there is probable cause to find that, on March 19, 2025, in the District of Columbia, RICKY COREY WATKINS, JR. committed the offense of Unlawful Possession of a Firearms and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1).

_____
Officer Gregory McCourt
Metropolitan Police Department, Washington, D.C.

SWORN AND SUBSCRIBED BEFORE ME ON MARCH 20, 2025.


_____
ZIA M. FARUQUI
United States Magistrate Judge

4